08,02,20

Dear Judge Michael P. Shea

I hope this letter finds you well. My state sentence started on 08,30,2016; which I was sentenced to 5 years for a V.O.P. to be ran concurrent with my federal sentence — 80 months, with credit for time served. My max out date for my state sentence is 01,22,2021; however, I'm still earning jail credit/good time credit on my state sentence, which is going to put my outdate somewhere in December. My max out for my federal sentence is December 07, 2020, but my current issue is that CT has a detainer on me for the V.O.P. I should have been in a halfway house, but the detainer is preventing me from doing so. There is no open case it's just that detainer.

    If I was in CT right now, I could've been in a halfway house a year ago. I can't go to a federal halfway house if this detainer is not lifted. I could've been in a federal halfway house this June if it wasn't for this detainer. Please drop this detainer. I have been in custody for 5½ years and been free from disciplinary reports, I've programed and have been in compliance with the rules. My mother is very sick. She has cancer and she lives alone. She needs me. This can be corrorated from my P.S.R.

    The B.O.P is having an uncontrollable breakout of COVID-19. I am not safe here. I have done my time and I'm ready to go home and be a rehabilitated law-abiding citizen of society. God bless and thank you for your time and consideration regarding this matter.

Sincerely, Willie Franco